IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TAWANNA OGLESBY,

    Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

    Defendants.

Case No. 3:20-CV-346

JUDGE WALTER H. RICE

---

ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS ORDER WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE AS TO DEFENDANT FAST BALL TRUCKING, INC., PURSUANT TO FED. R. CIV. P. 4(m)

---

Plaintiff, Tawanna Oglesby, filed an Amended Complaint on September 24, 2021, naming as Defendants FedEx Ground Package System, Inc. ("FedEx"), Giacherio, Inc. ("Giacherio"), Fast Ball Trucking, Inc. ("Fast Ball Trucking"), and John Doe Corporations I-X. Doc. #30. FedEx filed its answer on October 8, 2021. Doc. #33. Summons were issued to Defendants Giacherio and Fast Ball on October 22, 2021, Doc. #34, and Giacherio filed its answer on December 28, 2021. Doc. #45. Fast Ball has not filed a responsive pleading and the docket does not show that it was served within 90 days after the filing of the Amended Complaint as required by Fed. R. Civ. P. 4(m).

Plaintiff is ordered to show cause, within fourteen (14) days of the date of this Order, why this action should not be dismissed, without prejudice, as to Defendant, Fast Ball, for lack of service pursuant to Fed. R. Civ. P. 4(m).

.

Date: May 18, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE