# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| TAWANA OGLESBY<br><br>on behalf of herself and all other Plaintiffs similarly situated, known and unknown,<br><br>      Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al<br><br>      Defendant. | Case No. 3:20-cv-00346<br><br>JUDGE WALTER H. RICE<br><br><br>**NOTICE OF DISMISSAL OF DEFENDANT FAST BALL TRUCKING, INC.** |

  Now comes Plaintiff, Tawana Oglesby, through Counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and hereby voluntarily dismisses Defendant Fast Ball Trucking, Inc without prejudice.

DATED: May 31, 2022

  Respectfully submitted,

  s/ *Michael L. Fradin*
  Michael L. Fradin, Esq.
  8401 Crawford Ave. Ste. 104
  Skokie, IL 60076
  Telephone: 847-986-5889
  Facsimile: 847-673-1228
  Email: mike@fradinlaw.com

  By: /s/ *James L. Simon*
  James L. Simon
  THE LAW OFFICES OF SIMON & SIMON
  5000 Rockside Road
  Liberty Plaza – Suite 520
  Independence, OH 44131

Telephone: (216) 525-8890
Email: james@bswages.com

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Telephone AZ: (480) 382-5176
Telephone OH: (216) 395-4226
Email: cliff@bswages.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Case Management System on this 31st day of May, 2022.

*/s/      Michael L. Fradin*